NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**KATE A. ROCHAT, OSB #184324**
Assistant United States Attorney
Kate.Rochat@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1110
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-mj- 00194 |
| v. | MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT |
| EMMANUAL BRAVO, | |
| Defendant. | **UNDER SEAL** |

The United States of America, by Natalie K. Wight, United States Attorney for the District of Oregon, and Kate Rochat, Assistant United States Attorney moves the Court for an Order sealing the Complaint, affidavit and Arrest Warrant, this motion and subsequent Order. As referenced in the Affidavit, disclosure of these documents at this time may lead to the endangerment of the life or physical safety of an individual, flight from prosecution, the

///

///

**Motion to Seal**                                                                                                                                 **Page 1**

destruction of or tampering with evidence, intimidation of potential witnesses, and/or otherwise seriously jeopardize an investigation.

Dated: September 6, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Kate A. Rochat*
KATE A. ROCHAT, OSB #184324
Assistant United States Attorney